# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| MICHAEL P. RIES and | : | |
| AMY J. RIES H/W | : | |
| | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | NO.  13-1400 |
| CRAIG T. CURTIS, et al. | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this *24*th day of *June*, 2013, upon consideration of **(1)** Defendant Larrabee, Cunningham, & McGowan, PC's Motion to Dismiss the Complaint (Docket No. 19), Plaintiffs Michael P. Ries and Amy J. Ries's Response in Opposition (Docket No. 23), and Larrabee & Cunningham's Reply Brief (Docket No. 29); and **(2)** Defendant Penn Land Transfer Company's Motion to Dismiss the Complaint (Docket No. 33), and Plaintiffs' Response in Opposition (Docket No. 37); and **(3)** Defendant American International Relocation Services, LLC's Motion to Dismiss the Complaint (Docket No. 32); Plaintiffs' Response in Opposition (Docket No. 37), it is hereby **ORDERED** that the Motions are **GRANTED IN PART** and **DENIED IN PART** as follows:

     1.     Count II is **DISMISSED WITHOUT PREJUDICE**.

     2.     The Motions are **DENIED** as to Counts I and III–VI.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.