IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL P. RIES and<br>AMY J. RIES H/W<br><br>    Plaintiffs,<br><br>v.<br><br>CRAIG T. CURTIS, et al.<br><br>    Defendants. | :<br>:<br>:  CIVIL ACTION<br>:<br>:<br>:<br>:  NO. 13-1400<br>:<br>:<br>: |

## ORDER

AND NOW, this 24th day of *June*, 2013, upon consideration of **(1)** Defendant Larrabee, Cunningham, & McGowan, PC's Motion to Dismiss the Complaint (Docket No. 19), Plaintiffs Michael P. Ries and Amy J. Ries's Response in Opposition (Docket No. 23), and Larrabee & Cunningham's Reply Brief (Docket No. 29); and **(2)** Defendant Penn Land Transfer Company's Motion to Dismiss the Complaint (Docket No. 33), and Plaintiffs' Response in Opposition (Docket No. 37); and **(3)** Defendant American International Relocation Services, LLC's Motion to Dismiss the Complaint (Docket No. 32); Plaintiffs' Response in Opposition (Docket No. 37), it is hereby **ORDERED** that the Motions are **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Count II is **DISMISSED WITHOUT PREJUDICE**.
2. The Motions are **DENIED** as to Counts I and III–VI.

BY THE COURT:


*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.