IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL P. RIES and : | |
| AMY J. RIES, h/w, : | |
| : | CIVIL ACTION |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | NO.   13-1400 |
| CRAIG T. CURTIS and SUSAN L. : | |
| CURTIS, h/w, et al. : | |

# ORDER

**AND NOW**, this *22nd* day of *October*, 2014, upon consideration of **(1)** the Motion by Defendants Craig T. Curtis and Susan L. Curtis for Summary Judgment (Docket No. 71) and the Response of Plaintiffs Michael P. Ries and Amy J. Ries (Docket No. 74); **(2)** the Motion by Defendant American International Relocation Solutions ("AIReS") for Summary Judgment (Docket No. 68); Plaintiffs' Response (Docket No. 72); and AIReS's Reply Brief (Docket No. 78); **(3)** the Motion by Defendants Nancy Presti and Fox & Roach LP for Summary Judgment (Docket No. 69); Plaintiffs' Response (Docket No. 73), and Defendants Presti and Fox & Roach's Reply Brief (Docket No. 76); and **(4)** Plaintiffs' Motion for Partial Summary Judgment against Defendant AIReS (Docket No. 70) and Defendant AIReS's Response (Docket No. 77), it is hereby **ORDERED** as follows:

1. The Motion for Summary Judgment by Defendants Craig T. Curtis and Susan L. Curtis (Docket No. 71) is **DENIED** in its entirety;

2. The Motion for Summary Judgment by Defendant AIReS (Docket No. 68) is **GRANTED** in its entirety;

3. The Motion for Summary Judgment by Defendants Nancy Presti and Fox & Roach LP (Docket No. 69) is **GRANTED** in its entirety;

4. Plaintiffs' Motion for Summary Judgment (Docket No. 70) is **DENIED** in its entirety.

It is so **ORDERED**.

BY THE COURT:

 *s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.